JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| SIDDHARTHA MILOUD ABBAZI, <br><br> Plaintiff, <br><br> v. <br><br> GABRIEL MEDINA et al., <br><br> Defendants. | Case No. CV 25-04053-RGK (DFM) <br><br> JUDGMENT |

Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that this lawsuit is dismissed without prejudice for failure to prosecute.

Date: 11/25/2025

R. GARY KLAUSNER
United States District Judge